**Order entered November 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00935-CV

## IN RE TEXAS ALCOHOL AND BEVERAGE COMMISSION AND A. BENTLEY NETTLES, Relators

**Original Proceeding from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89239**

## ORDER
Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **GRANT** relators' November 5, 2020 motion and **DISMISS** this original proceeding as moot.

/s/    KEN MOLBERG
       JUSTICE